## (December 12, 1955)

■ GUISEPPINA INTERBARTOLO, Appellant, v. RINALDA LA FEMINA, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See 285 App. Div. 962.]

■ BEATRICE S. BELLER, Appellant, v. HARRY E. BELLER, Respondent.— In an action by a former wife to recover for expenditures made on behalf of children, issue of her marriage with respondent, the complaint was dismissed on the merits, after trial by the court without a jury. Judgment unanimously affirmed, without costs. No opinion. Present — MacCrate, Beldock, Murphy and Ughetta, JJ.; Wenzel, Acting P. J., not voting.

■ FRANK BISS et al., Respondents, v. PAULINE E. GRACI, Appellant, et al., Defendant.— In an action to recover damages for injuries to person and property, the appeal is from an order denying appellant's motion to dismiss the complaint for unreasonable neglect to prosecute the action. Order affirmed, without costs. Under the peculiar facts presented, there was no abuse of discretion by the Special Term in denying the motion. It appears that the action has been consolidated with another, arising out of the same accident and involving all the parties herein, which is ready for trial. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.